**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7729**

---

JASON ORTEGA,

                                        Plaintiff - Appellant,

        versus

KATHLEEN HAWK SAWYER; EDUARDO GONZALAS; GEORGE
R. HAVENS; JOHN W. MARSHALL; WILLIE SCOTT; BOB
GUZIK; RONALD J. ANGELONE; TRACY RAY; S. K.
YOUNG; PAUL LANTEIGNE; MCCABE; JERRY BROWN; G.
F. DRISCOLL; REVA L. BEDWELL; FLENNOR; FAULKS,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CA-03-109-3)

---

Submitted:  February 12, 2004        Decided:  February 23, 2004

---

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jason Ortega, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jason Ortega appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ortega v. Sawyer, No. CA-03-109-3 (E.D. Va. Oct. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED